ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY GRIJALVA,<br>Defendant. | CASE NO. 1:26-MJ-00118-EPG<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant ANTHONY GRIJALVA, both individually and by and through his counsel of record, SERITA RIOS, hereby stipulate as follows:

1. The Complaint in this case was filed on October 9, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 13, 2026. The initial appearance was continued to October 15, 2026. The court set a preliminary hearing date of October 27, 2026. The preliminary hearing should have been scheduled no later than 14 days after the initial appearance, Octobber 27, 2026.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to November 5, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of

the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 27, 2026, and November 5, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: October 21, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 21, 2026

/s/ SERITA RIOS
SERITA RIOS
Counsel for Defendant
ANTHONY GRIJALVA

**FINDINGS AND ORDER**

For the reasons set forth in this stipulation, the time of the preliminary hearing date shall be extended to November 5, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The Court finds that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the time between October 27, 2026, and November 5, 2026, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO ORDERED.

Dated: **October 22, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE